NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ESTEVAN LEE DE LA MORA,                    )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case Nos.  2D15-3414
                                           )                   2D17-389
STATE OF FLORIDA,                          )
                                           )        <u>CONSOLIDATED</u>
            Appellee.                      )
_____)

Opinion filed May 18, 2018.

Appeals from the Circuit Court for
Hillsborough County; Emmett Lamar Battles
and Gregory P. Holder, Judges.

Maria Pavlidis of McCarty Gonzalez Pavlidis
& Whidden, LLC, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, CRENSHAW, and BLACK, JJ., Concur.